No. 132. HENRY RALPH ET AL. *v.* HARRY H. HOWARTH, ADMINISTRATOR, ETC. Error to the Supreme Court of the State of Nebraska. Argued January 13, 1921. Decided January 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448,

§ 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1.   *Mr. Byron G. Burbank* for plaintiffs in error.   *Mr. Otto H. Zacek* for defendant in error.